UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
1:23-CV-00079-GNS

SCOTT HAMM                          PLAINTIFF

v.

DEPUTY RONNIE GOLDEN, et al.               DEFENDANTS

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

       Come the Defendants, Deputy Ronnie Golden and Sheriff Derek Polston, both individually and in their official capacities (collectively, the "Defendants"), by and through undersigned counsel, and hereby move the Court for leave to exceed the page limitation set forth in LR 7.1. As grounds for this Motion, Defendants respectfully state unto the Court as follows:

       1.        Plaintiff Scott Hamm ("Plaintiff") filed this 42 U.S.C. § 1983 action on June 20, 2023. (D.N. 1, Compl., PageID 1-4).

       2.        Plaintiff alleges various constitutional, statutory, and common law causes of action. Specifically, Plaintiff alleges federal civil rights claims under 42 U.S.C. § 1983. (*Id.*, PageID 3, ¶¶ 13-15). Plaintiff alleges a myriad of state law claims, including claims for wrongful arrest, malicious prosecution, negligent hiring and retention, assault, battery, and trespass. (*Id.*, PageID 2-3, ¶¶ 5, 12).

       3.        Discovery in this matter is now complete and has been extensive, consisting of numerous depositions and extensive written discovery and document production.

       4.        Contemporaneous with the filing of the instant Motion, Defendants are filing a Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary

3851979

Judgment, Notice of Filing Exhibits in Support of Motion for Summary Judgment, Proposed Order Granting the Motion for Summary Judgment, a Motion to Exclude, and a Proposed Order Granting the Motion to Exclude.

5. LR 7.1(d) provides that motions may not exceed 25 pages in length without leave of Court.

6. Given the complicated issues of constitutional, statutory, and common law involved in this action, it is not possible for Defendants to adequately address the issues in a memorandum of twenty-five (25) pages or less.

7. Defendants' Memorandum of Law in Support of Motion for Summary Judgment exceeds the page limitation set forth in LR 7.1(d) by only seven pages, the last page of which consists of the signature block and certificate of service, not the text of the Memorandum.

8. Based upon the foregoing, Defendants respectfully request leave to exceed the page limitation set forth in LR 7.1(d).

WHEREFORE, Defendants respectfully request leave to exceed the page limitation set forth in LR 7.1(d) to file their Memorandum of Law in Support of Motion for Summary Judgment consisting of thirty-two pages.

    Respectfully submitted,

    ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
    1101 College Street; P.O. Box 770
    Bowling Green, KY 42102-0770
    Telephone: (270) 781-6500
    Facsimile: (270) 782-7782
    E-Mail: jshoulders@elpolaw.com

    */s/ Aaron D. Smith*
    AARON D. SMITH
    JESSICA R. SHOULDERS
    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 18, 2024 a true and correct copy of the foregoing has been filed with the Court's electronic filing system and will be served via electronic mail upon the following:

Ned Pillersdorf
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonburg, KY 41653
Phone:  606-886-6090
Fax: 606-886-6148
pillersn@gmail.com
*Attorney for Plaintiff*

                                                       */s/ Aaron D. Smith*
                                                      AARON D. SMITH