UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
1:23-CV-00079-GNS

SCOTT HAMM                          PLAINTIFF

v.

DEPUTY RONNIE GOLDEN, et al.                DEFENDANTS

---

**ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO EXCEED PAGE LIMITATION**

---

Defendants, Deputy Ronnie Golden and Sheriff Derek Polston, both individually and in their official capacities (collectively, the "Defendants"), having filed a Motion for Leave to Exceed Page Limitation as to their Memorandum of Law in Support of Motion for Summary Judgment, and the Court now being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Defendants Motion for Leave to Exceed Page Limitation as to their Memorandum of Law in Support of Motion for Summary Judgment is **GRANTED**.

3851980